**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 29 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

ALEJANDRO ANTONI CASTILLO-
ZELAYA,

              Petitioner,

  v.

ERIC H. HOLDER, Jr., Attorney General,

              Respondent.

No. 08-74401

Agency No. A076-905-501

MEMORANDUM[*]

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted September 13, 2010[**]

Before:     SILVERMAN, CALLAHAN, and N.R. SMITH, Circuit Judges.

    Alejandro Antoni Castillo-Zelaya, a native and citizen of Nicaragua,

petitions for review of the Board of Immigration Appeals' ("BIA") order

dismissing his appeal from an immigration judge's ("IJ") removal order. We

dismiss the petition for review.

---

        [*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

        [**]    The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

We lack jurisdiction to review Castillo-Zelaya's contentions related to his ineffective assistance of counsel claim and whether his two controlled substance convictions render him ineligible for immigration relief because he did not raise them before the BIA, and therefore failed to exhaust his administrative remedies. *See Zara v. Ashcroft*, 383 F.3d 927, 930-31 (9th Cir. 2004) ("A petitioner cannot satisfy the exhaustion requirement by making a general challenge to the IJ's decision, but, rather, must specify which issues form the basis of the appeal.").

**PETITION FOR REVIEW DISMISSED.**